UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00319-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARIO QUINONES-OJEDA,

      Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court upon the filing of Mario quinones-Ojeda's

Motion for Sentence Adjustment Consideration Pursuant to Guideline Amendments (Motion)

**(#26)** on January 4, 2011.  Having reviewed the Motion,

**IT IS ORDERED** that new counsel from the Office of the Federal Public Defender shall

be appointed to represent Defendant as prior counsel has left the Public Defender's office.  New

counsel shall have up to and including **February 7, 2011**, in which to adopt, supplement or

withdraw Defendant's Motion.  The Government shall have up to and including **February 18,**

**2011**, in which to respond.  It is

**FURTHER ORDERED** that the Probation office shall have **20 days** thereafter to

prepare and serve (per Rule 32) a supplemental presentence report in conformance with 28

U.S.C. § 3553(a), 28 U.S.C. § 3582(c)(2) and §1.B1.10 of the FEDERAL SENTENCING

GUIDELINES.  In addition to such required information, the report shall state where the Defendant

is incarcerated, and whether that institution has video-conferencing capabilities.  It is

**FURTHER ORDERED** that the Defendant and the United States Attorney shall respond

to the supplemental presentence report on or before **March 18, 2011.**

DATED this 21st day of January, 2011.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge